UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA ALLIANCE, LLC, et al.,

      Plaintiffs,

  - against -

ALL NATURE, LLC, et al.,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/06

ORDER

05 Civ. 5965 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

**IT IS HEREBY ORDERED THAT**

1) the parties complete discovery by **September 1, 2006**; and

2) the parties participate in a conference with the Court on **September 5, 2006, at 10:00 a.m.**

SO ORDERED this 25th day of July 2006
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge